UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PAUL J. MURPHY, Regional Director of the
Third Region of the National Labor Relations
Board, for and on behalf of the National
Labor Relations Board,

                              Petitioner,

   -v-                                            1:20-MC-11

NCRNC, LLC, *doing business as* Northeast
Center For Rehabilitation and Brain Injury,

                              Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br>Attorneys for Petitioner<br>Albany Office - Region 3<br>Leo W. O'Brien Federal Building, Room 342<br>Clinton Avenue & North Pearl Street<br>Albany, NY 12207 | ALICIA E. PENDER, ESQ.<br>GREGORY C. LEHMANN, ESQ. |
| Buffalo Office - Region 3<br>Niagara Center Building, Suite 630<br>130 South Elmwood Avenue<br>Buffalo, NY 14202 | LINDA M. LESLIE, ESQ. |
| HINMAN, HOWARD & KATTELL, LLP<br>Attorneys for Respondent<br>P.O. Box 5250<br>80 Exchange Street<br>700 Security Mutual Building<br>Binghamton, NY 13902 | DAWN J. LANOUETTE, ESQ. |

DAVID N. HURD
United States District Judge

## **ORDER GRANTING PETITIONER'S MOTION TO DETERMINE SECTION 10(j) INJUNCTION PETITION ON BASIS OF AFFIDAVITS**

The petition of Paul J. Murphy, Regional Director of the Third Region of the National Labor Relations Board, having been filed pursuant to Section 10(j) of the National Labor Relations Act, as amended, and petitioner having moved the Court to determine the Section 10(j) injunction petition on the basis of the affidavits, and respondent having indicated no opposition to such, and good cause appearing,

Therefore, it is

ORDERED that

1. Petitioner's Motion to Determine Section 10(j) Injunction Petition on Basis of Affidavits, ECF No. 2, is GRANTED;

2. The telephonic appearance currently scheduled for Tuesday, April 28, 2020, at 10:00 a.m. is cancelled in light of this Order; and

3. The parties will be advised as to any other evidentiary rulings if necessary.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  April 24, 2020
         Utica, New York.