

UNITED STATES GOVERNMENT
**NATIONAL LABOR RELATIONS BOARD**
REGION 3
11A Clinton Ave
STE 342
ALBANY, NY 12207-2366

Agency Website: www.nlrb.gov
Telephone: (518)816-0909
Fax: (518)431-4157

Agent's Direct Dial: (518)419-6256

January 23, 2023

IT IS SO ORDERED:

*[signature]*
David N. Hurd
U.S. District Judge

Dated: 1-24-2023

The Honorable David N. Hurd
United States District Court Judge
Northern District of New York
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, NY 13501

Re: NCRNC, LLC d/b/a Northeast Center for Rehabilitation and Brain Injury
Civil No. 1:20-MC-11

Dear Judge Hurd:

On July 27, 2020, the Court granted the National Labor Relations Board's petition for temporary injunctive relief filed pursuant to Section 10(j) of the National Labor Relations Act, as amended, 29 U.S.C. Section 160(j) (the Act).  This relief was ancillary to the administrative proceeding then pending before the Board in NLRB Case 03-CA-252090 et al.  By statute the injunction was intended to last only until the final decision and order of the Board in the administrative proceeding.

On December 16, 2022, the Board issued its final administrative decision and order in NLRB Case 03-CA-252090 et al.  Under the Act, the Court's injunctive order terminated by operation of law on December 16, 2022.  See Barbour v. Central Cartage, Inc., 583 F.2d 335 (7th Cir. 1978); Johansen v. Queen Mary Restaurant Corp., 522 F.2d 6 (9th Cir. 1975); Levine v. Fry Foods, Inc., 596 F.2d 719 (6th Cir. 1979); D'Amico v. Lee's Contracting Services, Inc., 141 LRRM 2851, 2853, n. 1, 1991 WL 472878 (E.D. Va. 1991) (Section 10(j)).  Cf. Sears, Roebuck & Co. v. Carpet Layers Union, 397 U.S. 655 (1970) (Section 10(l)).

In view of the termination of the Court's injunction, the Board respectfully suggests that the Court can now close this matter on its records.

Very truly yours,

*Alicia Pender Stanley*

Alicia Pender Stanley
Attorney for Petitioner

NCRNC, LLC d/b/a Northeast Center for Rehabilitation and Brain Injury
Case 03-CA-252090

- 2 -

January 23, 2023

cc:
Dawn J. Lanouette, Esq.
Hinman, Howard & Kattell, LLP
80 Exchange Street, PO Box 5250
Binghamton, NY 13902
Counsel for Respondent

Lisa F. Joslin, Esq.
Gleason, Dunn, Walsh & O'Shea
40 Beaver St., Albany, NY 12207
Counsel for Charging Party

Amelia K. Tuminaro, Esq.
Gladstein, Reiff, & Meginniss, LLP
39 Broadway, Suite 2430
New York, NY 10006
Counsel for Union